THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MAXIME BAPTISTE, Appellant. [668 NYS2d 923] —Appeal by the defendant from a judgment of the Supreme Court, Suffolk County (Mullen, J.), rendered December 8, 1995, convicting him of robbery in the first degree and unlawful imprisonment in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the "point-out" identification at issue was a witness-initiated procedure (*see, People v Flores,* 232 AD2d 654; *People v Burgos,* 219 AD2d 504; *cf., People v Dixon,* 85 NY2d 218). Thus, the People are not required to provide notice pursuant to CPL 710.30 that they intend to present evidence of the identification at trial (*see, People v Burgos, supra*).

The sentence imposed was neither harsh nor excessive (*see, People v Suitte,* 90 AD2d 80).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. Rosenblatt, J. P., O'Brien, Ritter and Goldstein, JJ., concur.